People ex rel. Mary T. McAleer, et al., Plaintiffs Below, v. Albert W. Williams and John J. Ahern, Members of and Constituting the Chicago Civil Service Comm., and Timothy J. O'Connor, Commissioner of Police of the City of Chicago, Appellees.

Gen. No. 47,767.

First District, First Division.
December 29, 1960.

Michael F. Ryan, of Chicago (Richard F. McPartlin, Jr., of counsel) for appellants; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Edward E. Plusdrak, Assistant Corporation Counsel, of counsel) for appellees. Opinion by JUSTICE KILEY. Not to be published in full.